# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Jesse Reed

vs.

Cold Creek Nurseries LLC

    Defendant

Civil Action No: 1:21-cv-03039-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☐ the petitioner (name)            recover from the respondent (name)            the amount of            dollars ($   ), which includes prejudgment interest at the rate of     %, plus post judgment interest at the rate of     %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent (name) recover costs from the petitioner (name)            .

■ other: Summary Judgment is entered as to the Defendant, Cold Creek Nurseries LLC.

This action was (check one):

☐ tried by a jury, the Honorable            presiding, and the jury has rendered a verdict.
☐ tried by the Honorable            presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins, Jr., United States District Judge.  The Court finds no clear error and agrees with the Report and Recommendation of U. S. Magistrate Judge Kaymani D West.  Court grants Defendant's Motion for Summary Judgment .

Date:    June 16, 2023

ROBIN L. BLUME, CLERK OF COURT

s/ Sharon Welch-Meyer

Signature of Deputy Clerk